IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAPRI DRAYTON,<br>    Plaintiff<br><br>v.<br><br>AMANDA MCINTYRE, *et al.*,<br>    Defendants | No. 1:23-CV-1308<br><br>(Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. 17) pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff Kapri Drayton's Eighth Amendment conditions-of-confinement claim against defendant Lieutenant J. Foura is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to CLOSE this case.

Date: 5-15-24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court